```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

RICHARD CHRISTOPHER DACHEFF, III                          PLAINTIFF

       v.                    Civil No. 09-3050

SHERIFF ROBERT GRUDEK; and
NURSE BRENDA SCHULTZ                                     DEFENDANTS

## ORDER

Now on this 16th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #24), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #24) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that defendants' motions for summary judgment (document #15) is **denied.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE