IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD CHRISTOPHER DACHEFF, III                                                  PLAINTIFF

      v.                                        Civil No. 09-3050

SHERIFF ROBERT GRUDEK; and
LPN BRENDA SCHULTZ                                                                DEFENDANTS

## ORDER

The parties have filed a joint motion to dismiss (Doc. 44) due to the settlement of the case. The motion (Doc. 44) is granted and this case is dismissed subject to the terms of the settlement.

IT IS SO ORDERED this 30th day of June 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**